# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOSEPH CURETON,              :   No. 56 EM 2019

        Petitioner

       v.

COURT OF COMMON PLEAS COUNTY
OF PHILADELPHIA,

        Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.